

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2014

No. 04-14-00432-CR

Otto Ray **KIETZMAN**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2013W0631
Honorable Andrew Carruthers, Judge Presiding

# O R D E R

On July 10, 2014, appellant's court-appointed attorney filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. The brief contained no response to the jurisdictional issue raised by this court in an earlier order. Accordingly, on July 30, 2014, this court issued an order carrying the jurisdictional issue with the appeal. Because an *Anders* brief was filed, the order also provided appellant with the opportunity to review the record and file a *pro se* brief. Finally, appellant was provided a copy of the record for this appeal.

Despite this court's order carrying the jurisdictional issue with the appeal, on August 8, 2014, appellant filed a *pro se* answer to this court's prior order. Accordingly, on August 12, 2014, this court issued an order clarifying the court's jurisdictional concerns and stating, "If appellant believes this court also has jurisdiction to review the trial court's order signed on June 2, 2014, appellant should also include in his *pro se* brief any argument regarding our jurisdiction to consider that order." Appellant was informed that his *pro* se brief was required to be filed no later than September 10, 2014.

On September 5, 2014, appellant filed a motion to dismiss. Because the motion discussed the jurisdictional issue which appellant was informed could be included in his *pro se* brief, this court construed appellant's motion as appellant's *pro se* brief.

On October 1, 2014, appellant filed a letter requesting that this court issue findings of fact and conclusions of law addressing the merits of the jurisdictional issue. Because the jurisdictional issue was carried with the appeal, it will be considered when this court issues its opinion on the appeal. In accordance with this court's prior order, the appeal has been set "at issue" and will be set for submission on a future date after which this court will issue its opinion.

_Catherine Stone_

Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2014.

_Keith E. Hottle_

Keith E. Hottle
Clerk of Court

